IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| GEORGE R. THOMAS,<br><br>          Plaintiff,<br><br>v.<br><br>DAVID CHIODO, and CITY OF DES MOINES, IOWA,<br><br>          Defendants. | Case: 4:07-cv-433-HDV-TJS<br><br>VERDICT FORMS |

　　　　We find the following verdicts on the questions submitted to us:

　　　　1. On plaintiff George Thomas' claim against defendant David Chiodo, as submitted in Instruction 10, we find in favor of:

_____Defendants_____
(Write in the word PLAINTIFF or DEFENDANT)

　　　　2. On plaintiff George Thomas' claim against defendant David Chiodo, as submitted in Instruction 11, we find in favor of:

_____Defendants_____
(Write in the word PLAINTIFF or DEFENDANT)

　　　　3. On plaintiff George Thomas' claim against defendants City of Des Moines, Iowa, and David Chiodo, as submitted in Instruction 15, we find in favor of:

_____Defendants_____
(Write in the word PLAINTIFF or DEFENDANTS)

　　　　4. On plaintiff George Thomas' claim against defendants City of Des Moines, Iowa, and David Chiodo, as submitted in Instruction 16, we find in favor of:

_____Defendants_____
(Write in the word PLAINTIFF or DEFENDANTS)

(If you found for plaintiff on any claim, proceed to number 5. If you found for defendant or defendants on all claims, your work is done so do not answer the following question.)

5. State the amount of actual damages sustained by plaintiff:

$_____

_Kathleen A. Crouse_
Foreperson